IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | |
| v. | CRIMINAL NO. 17-498 (JAG) |
| **JOSEAN DOMENECH-ROBLES**, Defendant. | |

## UNITED STATES' DESIGNATION OF EVIDENCE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys and pursuant to Fed. R. Crim. P. 12(b)(4), respectfully provides notice of the United States' intent to offer the following evidence in its case-in-chief at trial:

a. The seized Smith & Wesson pistol with an obliterated serial number.

b. Ammunition and magazines seized

c. Cell phone seized

d. Pertinent photographs regarding all the evidence

e. Traffic tickets

f. Certified copies of the defendants previous convictions.

g. Interstate Nexus report

1

All items have been or will be produced to the Defendant through discovery. The United States reserves the right, however, to identify and designate any additional evidence that it intends to introduce during its case-in-chief or subtract items from the list, as necessary.

WHEREFORE, the United States requests that its compliance with Fed. R. Crim. P. 12(b)(4) **BE NOTED** by this Honorable Court.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of April, 2018.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

S/*Omar Barroso Rosario*
Omar Barroso Rosario
Special Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R. 00918
Tel. (787) 766-5656
e-mail: omar.barroso@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

S/*Omar Barroso Rosario*
Omar Barroso Rosario