UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, <br><br> v. <br><br> **JOSEAN DOMENECH ROBLES** Defendants. | CRIMINAL NO. 17-498 (JAG) |

## UNITED STATES' RECIPROCAL DISCOVERY REQUEST

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys and very respectfully states and prays as follows:

1. The United States informs that it has not received any discovery from the Defendant. As such, the United States makes a request for the following:

    a. Immediate disclosure by Defendants of all evidence discoverable under Federal Rule of Criminal Procedure 16(b)(1)(A), (B) and (C); and 16(c).

    b. Notice of Defendants' intention (if any) to offer the defense of alibi under Federal Rule of Criminal Procedure 12.1.

    c. Notice of Defendants' intention (if any) to use an insanity defense or expert testimony as to mental condition, under Federal Rule of Criminal Procedure 12.2.

    d. Notice of Defendants' intention (if any) to use the defense of entrapment, under

Federal Rule of Criminal Procedure 12(b).

e.  Notice of Defendants' intention (if any) to use a defense of duress or coercion, under Federal Rule of Criminal Procedure 12(b).

f.  Notice of Defendants' intention (if any) to use a defense based upon public authority under the provisions of Federal Rule of Criminal Procedure 12.3.

WHEREFORE, the United States respectfully requests the Court **GRANT** the United States' petition for reciprocal discovery.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of July, 2018.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

S/Omar A. Barroso-Rosario
Omar A. Barroso-Rosario-G02709
Specia Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R.   00918
Tel. (787) 766-5656
e-mail: omar.barroso@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

                                          S/Omar A. Barroso-Rosario
                                          U.S.D.C. No. G02709