**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JOSEAN DOMENECH-ROBLES<br>Defendant. | CRIMINAL NO. 17-498 (JAG) |

## **STIPULATION REGARDING DEFENDANT'S PRIOR FELONY CONVICTION**

TO THE HONORABLE COURT:

It is hereby stipulated and agreed by the undersigned parties, subject to approval and entry by the Court, that prior to August 11, 2017, Mr. Josean Domenech-Robles had been convicted in a court of the United States of a crime punishable by a term of imprisonment exceeding one year, a required element of the offense. No further evidence will be necessary to this effect— that is, the jury is to accept this stipulation as a proven fact.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, July 17, 2018

_____
Omar Barroso
Assistant United States Attorney


_____        _____
Juan J. Michelen                                           Josean Domenech-Robles
Attorney for the Defendant                      Defendant