FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>vs.<br><br>JOSEAN DOMENECH-ROBLES,<br>*Defendant*. | CRIMINAL NO. 17-498 (JAG) |

## MOTION REQUESTING ORDER FOR PRODUCTION OF *GIGLIO* AND *JENKS*

Josean Domenech-Robles ("Mr. Domenech-Robles") represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, respectfully states and requests as follows:

Mr. Domenech-Robles is scheduled to begin trial on July 23, 2018. Mr. Domenech-Robles requests that the Court enter an Order requiring the government to provide any *Giglio* and *Jenks* material, to defense counsel, by July 19, 2018. Early production of the requested material will allow Mr. Domenech-Robles and counsel sufficient time to review any documents prior to the trial thereby promoting judicial economy and avoiding any unnecessary delays.

**I HEREBY CERTIFY** that on this date I electronically filed the present notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, July 17, 2018July 17, 2018.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**
**District of Puerto Rico**
S/JUAN J. MICHELEN
Assistant Federal Public Defender,
USDC-PR G02601
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2305
Phone No. (787) 281-4922
Juan_Michelen@fd.org