UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**                                                    Criminal No. 17-498 (JAG)

**JOSEAN DOMENECH ROBLES,**
**Defendants.**

### GOVERMENTS RESPONSE TO DEFENDANTS MOTION IN LIMINE

The United States of America, through its undersigned counsel, very respectfully states

that:

1.  We have no objection to the proposed Motion In Limine filed by the defense. The parties

    have agreed to stipulate that Mr. Domenech-Robles  was convicted of a crime punishable

    by a term of imprisonment exceeding one year on June 16, 2008. Accordingly, he is willing

    to stipulate to the fact that on the date of the current offense— August 11, 2017— he was

    a convicted felon. No further evidence would be necessary, and the jury may accept the

    Stipulation as a proven fact.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 18th day of July, 2018.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

*s/ Omar A. Barroso-Rosario*
Omar A. Barroso-Rosario,
U.S.D.C.-PR G02709
Special Assistant United States Attorney
United States Attorney's Office
Torre Chardon, Suite 1201
350 Carlos Chardon Ave.
San Juan, Puerto Rico 00918

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Omar A. Barroso-Rosario*
Omar A. Barroso-Rosario
Special Assistant United States Attorney