# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | Date: July 23, 2018 |
| **BEFORE HONORABLE MARCOS E. LÓPEZ** | CR. NO. 17-498 (JAG-MEL) |

COURTROOM DEPUTY: Beatriz Garratón-Lorente

COURT REPORTER: DCR

COURT INTERPRETERS: Edna Brayfield and Sylvia Zetterstrand

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s), | **Attorneys:**<br>Timothy Henwood<br>Omar Barroso |
| v. | |
| [1] JOSEAN DOMENECH-ROBLES<br>Defendant(s) | Juan Michelen<br>Lauren Rosen |

---

Case called for Jury Selection. The defendant was present in court, under the custody of the U.S. Marshals, and was assisted by certified court interpreter. The courtroom was open for the public, and family members or friends of the defendant.

Prior to the Jury Selection, the Court addressed some housekeeping matters with all counsel out of the presence of the jury. Defendant consented to proceed before USMJ Marcos E. López for Jury Selection.

Sixty-seven (67) jurors were present. Voir dire held. Eleven (11) jurors were excused for cause. For the regular panel, the United States were granted six (6) peremptory challenges, and the defendants were granted ten (10) peremptory challenges. For alternates jurors, one (1) additional peremptory challenge was granted to both parties below the red line.

A panel of twelve (12) jurors, and two (2) alternates was selected. There were no objections from the United States and counsel for the defendants with the selected jury panel.

The Jury was sworn in accordingly.

Initial Instructions were given to the jury by USMJ Marcos E. López.

The Court instructed the selected jury panel to report on July 23, 2017 at 2:00 p.m. to Courtroom No. 6, Hary Rey Courthouse to commence jury trial proceedings before U.S. District Judge Jay A. García-Gregory.

S/ Beatriz Garratón-Lorente  
Beatriz Garratón-Lorente  
Courtroom Deputy