UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO

                                                         Scheduled Time: 2:00
                                                         Time Started: 2:22
**MINUTES OF PROCEEDINGS**                               Time Ended: 5:22


**HONORABLE JAY A. GARCIA-GREGORY**           **DATE:** July 23, 2018

**COURTROOM DEPUTY:** Sulma López-Defilló     **CR. NO. 17-00498 (1) (JAG)**

**COURT REPORTER:** Zulma Ruiz                **CSO:** William Ortiz

**COURT INTERPRETER:** Mayra Cardona for the Government
                      Sylvia Zetterstrand and Edna Brayfield for the Defendant
==========================================================================
                                              Attorneys:
UNITED STATES OF AMERICA                      AUSA Omar Barroso
                                              AUSA Timothy Henwood

v.

JOSEAN DOMENECH-ROBLES                        AFPD Juan J. Michelen
                                              AFPD Lauren E.S. Rosen
==========================================================================
       CASE CALLED FOR JURY TRIAL (1st day).

       Out of the presence of the jury at 2:22 p.m., housekeeping matters were taken care of. Defense Counsel Michelen requested specific Grand Jury Transcript. Parties heard. Thereafter, the Court ruling was taken under advisement.

       Jurors came into court at 2:43 p.m. Defendant is assisted by the Official Court Interpreter. Brief preliminary instructions were delivered by the Court.

       Opening statements were heard by the parties.

       Testimony of Agents Eduardo Hernandez-Quiñones (cross and re-direct heard). Witness identified defendant in open court.

       **Further Jury Trial is set for tomorrow, July 24, 2018 at 10:00 a.m.**


                                              s/ *Sulma López-Defilló*
                                              Sulma López-Defilló
                                              Courtroom Deputy Clerk


Government's Exhibits: 1, 1(a), 2, 3, 4, 5, 5(a), 6, admitted into evidence.

Defendant's Exhibits: 1, admitted into evidence.

**The Court instructed the Court Security Officer (CSO) to provide the jury with morning and afternoon snacks, as well as with Lunch/dinner during deliberations, if necessary.