**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Scheduled Time: 10:00
Time Started: 1 0 : 1 8
Time Ended: 6:15

**MINUTES OF PROCEEDINGS**

**HONORABLE JAY A. GARCIA-GREGORY** **DATE: July 24, 2018**

**COURTROOM DEPUTY: Sulma López-Defilló** **CR. NO. 17-00498 (1) (JAG)**

**COURT REPORTER: Zulma Ruiz** **CSO: William Ortiz**

**COURT INTERPRETER: Carol Terry for the Government**
**Sylvia Zetterstrand (AM/PM), Olga Ubarri (AM) and Enith Valdes and Ani Navarro (Verdict) for the Defendant**

=====================================================================

UNITED STATES OF AMERICA

Attorneys:
AUSA Omar Barroso
AUSA Timothy Henwood

v.

JOSEAN DOMENECH-ROBLES

AFPD Juan J. Michelen
AFPD Lauren E.S. Rosen

=====================================================================

CASE CALLED FOR JURY TRIAL (2nd day).

Jurors came into court at 10:18 a.m. Defendant is assisted by the Official Court Interpreter.

Testimony of **Agent Ramon Mateo Miranda** (direct, cross and re-direct) and **Agent Jose Burgos** (direct and cross) heard on behalf of the government.

Stipulation filed by the parties (docket #43) was read in open court to the jury. (Joint #I)

Government rests. Jury was excused at 11:10 a.m.

Out of the presence of the Jury, Rule 29 heard. Court denied request.

Testimony of hostile witness **FTA Agent Paduil Torres** (direct and cross) heard on behalf of defendants.

Defendant rests and Renew Rule 29. Court denied request.

Charge Conference held immediately after the trial.

Out of the presence of the jury at 2:23 p.m., no objections to jury instructions were heard. Jury instruction stand.

At 2:25 p.m. the jury was brought into the courtroom.

Final Jury Instructions were given by the Court.

Closing arguments on behalf of the Government heard. Out of the presence of the jury, thereafter, defense counsel Rosen requested Mistrial. Parties heard. Request denied. Closing arguments on behalf of the defendant heard.

At 4:46 p.m. the jury was excused to commence deliberations. Alternate jurors were kept in a separate room.

A jury Note #1 was received at 5:38 p.m. informing that a verdict had been reached. Jury was brought into to Court at 6:10 p.m. The verdict was ordered to be read and filed. **Defendant Josean Domenech-Robles was found NOT GUILTY as to both counts.** Thereafter, the jury was excused at 6:15 p.m. **Judgment of Acquittal to be entered.**

Government requested that defendant continue to be detained, due to the fact that he has two revocation hearing pending in 08-cr-53(1)(DRD) hearing set for 8/17/2018 and in 08-cr-330(10)(JAG) hearing set for 8/8/2018. Request granted.

s/ *Sulma López-Defilló*
Sulma López-Defilló
Courtroom Deputy Clerk

Defendant's Exhibits: 2, 3, 4, admitted into evidence.
JOINT Exhibit: Stipulation of Fact.