AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.

JOSEAN DOMENECH-ROBLES
REG. #30911-069

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:17-CR-00498 (1)(JAG)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

S/ Jay A. García Gregory
Signature of Judge

Jay A. García Gregory, U.S. District Judge
Name of Judge            Title of Judge

July 24, 2018
Date