United States District Court
Released Exhibits Log for: 17-cr-498(JAG)
USA vs Domenech, 7/24/2018

| Exhibit | Identified | Admitted | Description |
|---|---|---|---|
| Gov-1 | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | Aerial View |
| Gov-1-a | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | Aerial View (Marked by Witness) |
| Gov-2 | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | Photo of the Arrest |
| Gov-3 | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | Place where firearm was found |
| Gov-4 | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | Photo of Firearm |
| Gov-5 | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | Translation of Traffic Ticket |
| Gov-5-a | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | Original of Trafic Ticket |
| Gov-6 | 7/23/2018 12:36 PM | 7/23/2018 12:36 PM | Close up of the firearm |
| Defen-1 | 7/23/2018 4:12 PM | 7/23/2018 4:12 PM | View of the Public School |
| Defen-2 | 7/24/2018 12:35 PM | 7/24/2018 12:35 PM | Photo of two houses |
| Defen-3 | 7/24/2018 12:35 PM | 7/24/2018 12:35 PM | Aerial View of an intersection |
| Defen-4 | 7/24/2018 12:35 PM | 7/24/2018 12:35 PM | Aerial View of the area |
| Joint-I | 7/24/2018 9:28 AM | 7/24/2018 9:28 AM | Stipulation Reg Deft`s Prior Felony Conviction |